IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01747-EWN-MJW

EL-SAYYID A. NOSAIR,

    Plaintiff,

v.

RON WILEY,
JOHN T. SHARTLE, and
MAUREE S. CRUZ,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 9 2006

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: November 9, 2006

BY THE COURT:

s/ Edward W. Nottingham
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01747-EWN-MJW

El-Sayyid A. Nosair
Reg. No. 35074-054
ADX - Florence
PO Box 8500
Florence, CO 81226

R. Wiley, John Shartle,
and Mauree Cruz - WAIVER*
c/o Christopher B. Synsvoll
Attorney Advisor
Florence, CO 81226
**DELIVERED ELECTRONICALLY**

United States Attorney General  - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

   I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Christopher Synsvoll for service of process on R. Wiley, John Shartle, and Mauree Cruz and to The United States Attorney General, and the United States Attorney's Office: COMPLAINT FILED 09/05/06, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 11/9/06.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk