IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01747-EWN-MJW

EL-SAYYID A. NOSAIR,

Plaintiff(s),

v.

RON WILEY, et al.,

Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER COLORADO

MAR - 5 2007

GREGORY C. LANGHAM
CLERK

---

**ORDER DIRECTING SERVICE UPON DEFENDANTS
DAVID JOHNSON, KEITH POWLEY, DAVE LAW, "FNU" TABRI,
TOMMY GOMEZ, AND JOHN BRADFORD**

---

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

In a First Amended Complaint tendered on December 16, 2006 (Docket No. 19), the pro se plaintiff adds six named defendants, namely, David Johnson, Keith Powley, Dave Law, "FNU" Tabri, Tommy Gomez, and John Bradford. It is thus hereby

**ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from these six newly-added defendants. If unable to do so, the United States Marshal shall serve a copy of the Amended Complaint and summons upon these defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is further

**ORDERED** that defendants David Johnson, Keith Powley, Dave Law, "FNU" Tabri, Tommy Gomez, and John Bradford or their counsel shall respond to the Amended Complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Date: , 2007
Denver, Colorado

s/Michael J. Watanabe
Michael J. Watanabe
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01747-EWN-MJW

El-Sayyid A. Nosair
Reg. No. 35074-054
ADX - Florence
PO Box 8500
Florence, CO 81226

David Johnson, Keith Powley,
Dave Law, "FNU" Tabri, Tommy Gomez,
and John Bradford  - WAIVER*
c/o Christopher B. Synsvoll
Attorney Advisor
Florence, CO 81226
**DELIVERED ELECTRONICALLY**

United States Attorney General  - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Christopher Synsvoll for service of process on David Johnson, Keith Powley, Dave Law, "FNU" Tabri, Tommy Gomez, and John Bradford and to The United States Attorney General, and the United States Attorney's Office: AMENDED COMPLAINT FILED 03/03/07, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/5/07    .

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk