IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01747-EWN-MJW

EL-SAYYID A. NOSAIR,

Plaintiff(s),

v.

RON WILEY, et al.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     Based upon the Defendants' Status Report Re: Docket No. 27 (docket no. 38) it is hereby ORDERED that Defendants' Motion to Dismiss (docket no. 27) is WITHDRAWN as result of the filing of Plaintiff's First Amended Complaint.

Date: March 22, 2007