IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01747-EWN-MJW

EL-SAYYID A. NOSAIR,

Plaintiff,

v.

RON WILEY, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion to Withdraw Motion to File Second Amended Complaint (Docket 47) and Memorandum in Support (Docket 48) (Docket No. 66) is granted in part and denied in part as follows.  The Plaintiff's Motion to File Second Amended Complaint (Docket No. 47) is deemed withdrawn.  Docket No. 48, however, is a text entry of a memorandum from Judge Nottingham's chambers referring Docket No. 48 to Judge Watanabe.  It is not a memorandum in support of plaintiff's motion, and therefore it will not be deemed withdrawn.

Date: July 17, 2007