IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01747-EWN-MJW

EL-SAYYID A. NOSAIR,

Plaintiff,

v.

RON WILEY, et al.,

Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to File a Third Amended Complaint (Docket No. 65) (incorrectly captioned as a Motion for Extension of Time to File Reply Brief and Brief in Support) is granted. The Plaintiff's tendered Third Amended Complaint is accepted for filing as of the date of this Minute Order.

Date: August 15, 2007